Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ORLANDO, FLORIDA

Division

Karina Alicia Franco-Rey

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Oscar Vega Vazquez (Vazquez Paralegal Services)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-cv-1334-CEM-EJK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☒ No

FILED 2022 JUL 28 PM 1:05 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Karina Franco-Rey |
| Street Address | PO BOX 593566 |
| City and County | Orlando Orange |
| State and Zip Code | FL 32859 |
| Telephone Number | 3218304234 |
| E-mail Address | katrey1999@gmail.com - franco.k@yahoo.com - |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

more defendants are subject to appear as the investigation proceeds

PLEASE REFER TO CIVIL LAWSUITS IN COUNTY COURT WC CASE WITH MORGAN AND MORGAN.

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

PLEASE REFER TO ALL MY EMAILS TO LAW ENFORCEMENT, MARINE LAKE BALDWIN VA COMPLAINTS AGAINST OSCAR VEGA VAZQUEZ RETALIATION.

NEED TO PRESENT EVIDENCE AS THE VICTIM.

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

ARE IN FEAR OF MY LIFE!

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Karina Franco-Rey, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A (One Innovative Waste Solutions), is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* Oscar Vega Vazquez, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* Puerto Rico.

b. If the defendant is a corporation

The defendant, *(name)* Vazquez Paralegal Services, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida. Or is incorporated under the laws of *(foreign nation)* unknown (busnss is immigration), and has its principal place of business in *(name)* 10011 Marguex Dr, Orlando, FL.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

is more than $75,000 of escrow money not paid to me, identity theft, victim of financial exploitation, victim of harassment to commit white collar financial crimes, evade taxes for small businesses, create telecommunication medical health, veteran affairs admin cyber harassment nation and worldwide. Immature networks, virtual learning, etc....

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Vazquez Paralegal Services - Oscar Vega Vazquez has various clients that have managed to create a corrupted network that tracks me from employer to employer to commit financial crimes for tax evasion, immigration, etc... Oscar Vega Vazquez's clients have harassed me and my family for the past 20 years since worked for GOAA (1999-2004). A particular client Yalitza Lopez - Venezuelan immigrant. Oscar Vega Vazquez and his corrupt network of a home business helped Yalitza Lopez fake his wife's (Patricia Rey - my mother) life story to get a Visa into the United States. THese immigration schemes correlating with her immigration case, corporate, etc... my mother (Patricia Rey) went through a brain surgery that she didn't need as a premeditated way to get her done while I was attending EMT school and working for Acess Lynx as a passenger driver. We have been made vulnerable adults to financial control and exploit for the people - public cyberstalking corruption. etc....

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Protection for my mother (Patricia Elena Rey), son (Joel Aaron Velasco), and I (plaintiff) not to be continued to be used as scapegoats and destroy our careers for mass lawsuits as a form of financial exploitation. Financial compensation for the exploitation that I have underwent for the past 20 years. And financial compensation for my information to have been used and sold for State's financial growth (escrow funds due to me for my information used to make building construction and expansion of Orlando) since I moved from NYC to FL in 1997 as worked in Real State and other jobs in Queens and off Park Avenue in NYC... Compensation for the pain and suffering of undergoing unnecessary brain, knee, and other medical surgeries as a result of schemes that Oscar Vega Vazquez networks out of home and community association in association with GOAA have managed to recruit medical personnel and commit all types of financial fraud using me, my son (Joel Aaron Velasco) and my mother (Patricia Elena Rey) for State Programs such as criminals identity theft, veterans identity theft, etc... That I nor my loved ones are not to be tracked or harassed by State corpoarte tracking and other discriminatory and unethical actions taken against me while harassed at work through various employers or Corporate and State schemes that are premediated, then I am defamed, sexually harasssed and cyberstalked to the point of rape (have filed a case in Tampa, FL and to this point law enforcement does nothing about it). Need to have all the law enforcement agencies that have reported to (Houston Police , OCSO, OPD, Maui PD, NYC) several (exempt from public record emails and reports that have been neglected by law enforcement to investigate with my involvement, not harassed, stalked, and defamed into being a problem and forever 21 to put white collar crime scheme program networks or third party savings systems created to work for governement, etc... Pam Moody website not protected, and other cyber crimes that I have and continue to be a victim of constantly making my family the scape goats. Need an investigation with my involvement - not be defamed and guestured into having mental illnesess. To please review all emails sent to law enforcement (Orlando Rolon, Detective Massicotte, John Mina, Jerry Demings, Vanessa Smith or Rodgers, etc... Also request housing and income as I go through this investigation without being harasssed into not understanding to do whatever they want and collect on my behalf. I am cordially asking to review all my emails and that I am involved in the investigation so that I may protect my family, obtain compensation and be freed from these schemes controlling uenthical schemes using the victims pain and suffering to mask behind the corrupt networks.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Date of signing:     07/28/2022

    Signature of Plaintiff     _____
    Printed Name of Plaintiff     _____

**B.**    **For Attorneys**

    Date of signing:     _____

    Signature of Attorney     _____
    Printed Name of Attorney     _____
    Bar Number     _____
    Name of Law Firm     _____
    Street Address     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address     _____