UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KARINA FRANCO-REY,**

   **Plaintiff,**

v.  Case No. 6:21-cv-682-CEM-DCI

**OSCAR VEGA VAZQUEZ,**

   **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court upon *sua sponte* review. On April 28, 2021, Plaintiff's Complaint (Doc. 1) was dismissed without prejudice, and Plaintiff was permitted to file an Amended Complaint on or before May 27, 2021. (Apr. 28, 2021 Order, Doc. 5, at 4–5). Plaintiff was also warned that failure to do so may result in the dismissal of this case without further warning. (*Id.* at 5). Plaintiff has not filed an Amended Complaint and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2021.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Page **1** of **2**

Copies furnished to:

Unrepresented Party